**SO ORDERED: August 6, 2015.**

_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| IN RE: | ) |
| --- | --- |
|  | ) CASE NO. 14-07574-JMC |
| DOUGLAS KENT CRISWELL | ) |
| KIMBERLY LYNN CRISWELL | ) |
|  | ) |
| DEBTOR. | ) |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM

The Trustee's Objection to Claims comes before the Court after notice. As to the claim set out in this objection, no response was filed.

The Court now ORDERS that the claim to which the trustee objected will be treated as follows:

| Claimant | Claim No. | Grounds for Objection | Proposed Treatment |
| --- | --- | --- | --- |
| United Consumer Financial Services | 13 | Tardy | Disallow |

### ###